No. 155. TOWN OF LARGO, FLORIDA, *v.* RICHMOND. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. A. McMullen* for petitioner. *Messrs. Giles J. Patterson* and *T. M. Shackelford, Jr.* for respondent.

No. 159. MANILA ELECTRIC CO. *v.* YATO, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Mr. James M. Ross* for petitioner. *Messrs. Nathan R. Margold, Frederic L. Kirgis,* and *John B. Jago* for respondent.

No. 160. SMITH ET AL. *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Myron G. Ehrlich* and *Charles E. Ford* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip* and *W. Marvin Smith* for the United States.

No. 161. ENGEBRETSON, TRUSTEE, *v.* WEST ET AL.; and No. 162. SAME *v.* MARCELL ET AL. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William M. Giller* for petitioner. *Messrs. Norris Brown* and *U. S. G. Cherry* for respondents. Reported below: 111 F. 2d 528.

No. 163. FRIEDMAN ET AL. *v.* ATLANTA ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme